## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | **No. 3:05-CR-07** |
| ) | **(Phillips)** |
| **MARILYN POWELL** ) | |

### ORDER

This matter is before the court on the following motions filed by defendant: (1) motion for ineffective assistance of counsel against Donny Young [Doc. 75]; (2) motion for ineffective assistance of counsel against Kim Tollison [Doc. 76]; (3) motion for ineffective assistance of counsel against Charles T. Webber [Doc. 77]; and (4) motion for ineffective assistance of counsel against John Eldridge [Doc. 78]. In these motions, defendant is asserting a civil suit for damages against her former counsel. These matters are improperly filed in defendant's criminal case. If defendant wishes to pursue civil actions against these individuals for damages, she must file a complaint for damages against each individual as a separate civil action. Because the court does not have the authority to grant the relief requested, defendant's motions [Docs. 75, 76, 77, 78] are **DENIED.**

The clerk is **DIRECTED** to send defendant the forms necessary for filing a civil suit.

**IT IS SO ORDERED.**

**ENTER:**

     s/ Thomas W. Phillips
  United States District Judge